Commonwealth ex rel. State of New Jersey *v.*
Campbell, Appellant.

Argued March 19, 1974.

*Marvin L. Wilenzik,* with him *Morris Gerber, Thomas
F. J. X. MacAniff, Gerber, Davenport & Wilenzik,* and
*Eastburn & Gray,* for appellant; *Stephen B. Harris,*
First Assistant District Attorney, with him *Kenneth
G. Biehn,* District Attorney, for appellee.

OPINION PER CURIAM: Order affirmed on the opin-
ion of GARB, J., of the court below.

Commonwealth ex rel. Vancott *v.* Vancott,
Appellant.

Argued March 20,
1974. *Richard A. Rosenberger,* with him *Souder, Rosen-
berger & Bricker,* for appellant; *Gordon G. Erdenber-
ger,* with him *Power, Bower & Valimont,* for appellee.
Order affirmed.

Commonwealth ex rel. Weko *v.* Weko, Appellant.

Argued
March 22, 1974. *R. Merle Heffner,* for appellant; *New-
ton C. Taylor,* for appellee.
Order affirmed.